# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>LT. W.R. ADAMS, C.O. C. SIMS, THE CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　Defendants. | CASE NO. 03CV0487-LAB (RBB)<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND REJECTING UNFILED CALIFORNIA SUPERIOR COURT MOTION FOR A TRIAL TRANSCRIPT |

　　　　On October 2, 2006, Plaintiff Daniel Govind filed a notice of appeal in which he asked that virtually all issues previously dealt with in this case be reconsidered and decided in his favor. He concurrently filed a motion for certificate of appealability, which the Court construed as a motion for a certificate that the appeal was taken in good faith, pursuant to 28 U.S.C. § 1915(a), so that Plaintiff could proceed *in forma pauperis* on appeal. The Court denied this motion on October 10, 2006.

　　　　Subsequently, Plaintiff filed two documents with this Court: a motion to appoint counsel, filed on November 2, 2006, and an *ex parte* application for a temporary restraining order. On November 2, 2006, the U.S. Court of Appeals assigned a case number to Plaintiff's appeal. Plaintiff also submitted directly to chambers, apparently *ex parte*, a motion directed to the Superior Court of San Diego County, requesting that that court provide a copy of his jury trial transcript.

///

1 | The Court has carefully reviewed Plaintiff's Notice of Appeal, which refers generally to all Plaintiff's claims against Defendant Sims and former Defendant Adams, who was dismissed as a party on August 29, 2006. The Court construes Plaintiff as appealing its two orders adopting the report and recommendation as to claims against Defendants Sims and Adams, filed July 19, 2006 and August 1, 2006, respectively; and its order of August 29, 2006 denying Plaintiff's motion for leave to file a second amended complaint, and dismissing Defendant Adams. The Court also construes the Notice of Appeal as appealing certain aspects of its management of its case, including its failure to appoint counsel without charge for Plaintiff, and its failure to hold investigative hearings at Plaintiff's suggestion. The Notice of Appeal also requests that the Ninth Circuit seal all records of these proceedings.

The filing of a notice of appeal divests a trial court of jurisdiction over the matters appealed. *Donovan v. Mazzola*, 761 F.2d 1411, 1414 (9th Cir. 1985). The appeal of an order does not, however, deprive the trial court of jurisdiction over issues not raised in that order. *Id.* at 1415. Because Plaintiff has specifically appealed the issue of appointment of counsel, this Court lacks jurisdiction to consider Plaintiff's motion. On review of Plaintiff's *ex parte* application for a temporary restraining order, it is clear he is concerned that prison officials are reading his non-privileged legal documents sent through the mail and listening to non-privileged telephone calls concerning this case. He seeks an order requiring that legal documents be sent directly to him only by confidential means, and that telephone calls concerning this case be made in a confidential manner, and also prohibiting prison staff from reading his mail. Plaintiff has made substantially the same request in his Notice of Appeal. Therefore, the Court holds that it lacks jurisdiction over this matter as well. Both these motions are **DISMISSED** for lack of jurisdiction.

///
///
///
///
///
///

1 | Both the Civil Local Rules and this Court's standing order forbid *ex parte* communications with the Court. The copy of Plaintiff's San Diego Superior Court motion, submitted without proof of service, is therefore rejected for filing.

**IT IS SO ORDERED.**

DATED: 11-14-06

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc: Magistrate Judge Ruben B. Brooks
All Counsel of Record