# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>                                   Plaintiff,<br>       vs.<br>LT. W.R. ADAMS, C.O. C. SIMS, THE CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>                                   Defendants. | CASE NO. 03CV0487-LAB (RBB)<br><br>**ORDER RE: PRETRIAL CONFERENCE** |

By order issued November 17, 2006, the pretrial conference originally calendared for November 27, 2006 was taken off calendar pending action by the U.S. Court of Appeals for the Ninth Circuit on Plaintiff's interlocutory appeal. On November 28, 2006, the Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction.

Accordingly, the parties are hereby **ORDERED** to prepare for and appear at a pretrial conference on **Monday, January 8, 2007 at 11:30 a.m.** Counsel for Defendant is requested to arrange for Plaintiff's telephonic appearance at this conference.

Defendant is directed to comply with the Court's order of August 22, 2006 regarding the filing of pretrial disclosures. The Court has reviewed the proposed pretrial order filed by Plaintiff on October 13, 2006 and finds it to be in need of revision in order to comply with the requirements of Civil Local Rule 16.1(f)(6). Defendant is therefore **ORDERED** to confer with Plaintiff and to prepare and file a revised proposed pretrial order no later than the close of business on **January 2, 2007.**

1 | Concurrently with this filing, Defendant shall submit a courtesy copy of the revised proposed pretrial order directly to the Court in Word Perfect format, following the procedures set forth in the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual, § 2(h).

**IT IS SO ORDERED**.

DATED: November 29, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge