## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Govind v. Adams                                              Case No: 03cv0487-LAB (RBB)

HON. Larry A. Burns             CT. DEPUTY Tisha Washam             Rptr.

Present

Plaintiff(s):   (no appearance)

Defendant(s):   (no appearance)

     On December 7, 2006, Plaintiff filed a document captioned "Notice of Appeal," as well as a Motion for Reconsideration.  The "Notice of Appeal" references this Court by name, and requests that this Court reconsider its own previous denial of Plaintiff's motion for appointment of counsel and for a temporary restraining order.  The "Notice of Appeal" is not addressed to the U.S. Court of Appeals nor does it seek anything from the Court of Appeals.  After reviewing the "Notice of Appeal," the Court has determined that this document is not in fact a notice of appeal, but a notice of motion for reconsideration by this Court of its own previous order.

     Therefore, the Clerk is directed to treat docketed item number 157, styled "Notice of Appeal," as a notice of motion for reconsideration, and not to transmit a notice of appeal and docket sheet to the U.S. Court of Appeals.

DATE:  December 13, 2006

IT IS SO ORDERED.

**Honorable Larry Alan Burns**
United States District Judge

cc:   Magistrate Judge Ruben B. Brooks
      Plaintiff, *Pro Se*

03cv0487-LAB (RBB)