# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>LT. W.R. ADAMS, C.O. C. SIMS, THE CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 03CV0487-LAB (RBB)<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

　　　　The parties appeared at a pretrial conference held Monday, January 8, 2007. Sims, the sole remaining Defendant, appeared through counsel. Plaintiff appeared *pro se* telephonically.

　　　　For reasons discussed at the conference, the parties are **ORDERED** to appear telephonically at a follow-up pretrial conference to be held on **Monday, January 22, 2007 at 11:45 a.m.** Counsel for Defendant Sims is requested to arrange for Plaintiff's telephonic appearance. The parties are directed to consider the matters discussed at the pretrial conference and to be prepared to consider them at the follow-up pretrial conference. Counsel for Defendant is requested to confer with officials at High Desert State Prison, where Plaintiff is being held, in order to ensure that Plaintiff has adequate access to legal materials so that he can prepare for the follow-up pretrial conference.

　　　　The parties are **ORDERED** promptly to confer regarding witnesses Plaintiff will be calling, and exhibits he will be offering at trial. Plaintiff is **ORDERED**, as soon as feasible, to file and serve a document containing two lists: 1) a revised list of witnesses, including a <u>very brief</u> statement of the

1 subject of each witness' testimony; and 2) a revised list of records he intends to offer, including a <u>very
2 brief</u> statement of what the record is offered to show.  This document should be captioned
3 "Amendments to Pretrial Disclosures."  As discussed at the pretrial conference, the explanations
4 included in each list should show why each witness' testimony or record is necessary to support one
5 or both of Plaintiff's claims.  The Court expects Plaintiff will send these in time so that they can be
6 read and considered before the follow-up pretrial conference.  Plaintiff shall be prepared to discuss
7 these two lists at the follow-up pretrial conference.

8       The parties have agreed to confer regarding the possibility of agreeing to proceed before a
9 magistrate judge.  The parties are directed to inform the Court at the follow-up pretrial conference
10 regarding any agreement they reach.

12       **IT IS SO ORDERED**.
13 DATED:  January 9, 2007

15       **HONORABLE LARRY ALAN BURNS**
      United States District Judge